**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 2nd day of November, 2018.**



_____
Robert D. Berger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 18-20838-7 RDB |
| SAMANTHA MARIE RUIZ | ) | |
| Debtor. | ) | |

ORDER GRANTING TRUSTEE'S APPLICATION; AUTHORIZING AND APPROVING THE TRUSTEE'S EMPLOYMENT OF TRICE MASSEY, A MEMBER OF GREATER KANSAS CITY REALTY, AND APPROVING THE LISTING AGREEMENT FOR SALE OF REAL PROPERTY

NOW the above-captioned matter comes before this Court upon the Application of the Chapter 7 Trustee, Christopher Redmond, by and through his counsel, pursuant to 11 U.S.C. §327, requesting approval and authority to employ the professional services of Trice Massey, a member of Greater Kansas City Realty, for the sale of real property in this matter. The Trustee filed the Application on September 26, 2018 (Doc# 22), together with a Notice (Doc# 23), which provided for an objection deadline of October 17, 2018. To date, no objections or responses have been filed

1 | P a g e

with the Court in this matter, nor have any objections or responses been served upon the Trustee or his counsel.

The Court, having jurisdiction herein, finds as follows:

1. The Applicant is the duly qualified and acting Chapter 7 Trustee of the bankruptcy estate of Samantha Marie Ruiz .

2. Trice Massey, a member of Greater Kansas City Realty, (jointly referred to hereafter as "Real Estate Professional") has the expertise and knowledge to assist the Chapter 7 trustee with the listing and sale of real property known as 4905 Douglas Ave, Kansas City, Kansas, 66106 (the "Real Property").

3. The Real Property is not the Debtor's homestead and no exemption has been claimed by the Debtor as to this Real Property, nor has anyone claimed an exemption of the Real Property on behalf of the Debtor or on behalf of any party.

4. The Debtor's former spouse, Vincent Ivy, also held an ownership interest in the subject Real Property, and on September 5, 2018, Vincent Ivy executed a Quit Claim Deed to Christopher J. Redmond, Trustee of the Bankruptcy Estate of Samantha Marie Ruiz. The bankruptcy estate now holds the undivided interest in and to the subject Real Property.

5. The Chapter 7 Trustee desires to employ Real Estate Professional to provide professional services on behalf of this bankruptcy estate for the listing and sale of the Real Property identified hereinabove, in which the above-named Debtor holds an interest. The Real Estate Professional is requesting a commission of two percent (2%) of the gross sale proceeds. All fees and expenses will be presented to the Court for approval prior to payment.

6. Attached to the Application as Exhibit "A" was the duly executed and verified statement on behalf of the Real Estate Professional that their employees and members are disinterested persons, as the term is used in the Bankruptcy Code, do not hold an interest adverse to the bankruptcy estate, is not aware of any connection with the Debtor, creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee and understand there is a continuing duty to disclose any such adverse interest.

7. Notice of this Application was served upon the Office of the United States Trustee, Debtor's counsel, Debtor and all parties of interest in this matter.

8. Attached to the Application as Exhibit "B" was a copy of the Listing Agreement and the Chapter 7 Trustee requested that the Court approve this Agreement and authorize the Chapter 7 Trustee's execution of the same on behalf of this bankruptcy estate.

9. BK Global Real Estate Services ("BK Global") has been retained by the Chapter 7 Trustee and BK Global has agreed to fully cooperate with the Real Estate Professional, and to be paid the real estate commission agreed to by the Secured Creditor.

10. Nationstar Mortgage dba Mr. Cooper claims a mortgage interest in and to the Real Property known as 4905 Douglas Ave, Kansas City, KS 66106 and has consented to the sale of the Real Property subject to their security interest.

The Court, having reviewed the file herein and being fully advised, finds that good cause exists to grant the Trustee's Application and for the entry of this Order.

IT IS, THEREFORE, BY THE COURT ORDERED that the Notice provided by the Trustee on the Application to Retain Trice Massey of Greater Kansas City Realty was due, proper and sufficient, and no further or additional notice is necessary or required.

IT IS BY THE COURT FURTHER ORDERED that the Application filed herein by the Chapter 7 Trustee on September 26, 2018 (Doc # 22), is hereby APPROVED and the Chapter 7 Trustee is hereby AUTHORIZED to retain Trice Massey of Greater Kansas City Realty in this case for the listing and sale of the Real Property known as 4905 Douglas Ave., Kansas City, Kansas, 66106, and the compensation arrangements set forth in the listing agreement and this application, pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code are hereby APPROVED.

IT IS BY THE COURT FURTHER ORDERED that the proposed Real Estate Listing Agreement is hereby APPROVED and the Chapter 7 Trustee is hereby AUTHORIZED to execute the same on behalf of this bankruptcy estate as he deems appropriate.

IT IS SO ORDERED.

###

SUBMITTED BY:

*s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND, KS BAR #7307
REDMOND LAW FIRM, LLC
6731 W. 121st Street, Suite 226
Overland Park, Kansas 66209
Telephone: (913) 312-5675
Fax: (913) 312-5841
christopher.redmond@christopherredmondlawfirm.com

*ATTORNEY FOR CHAPTER 7 TRUSTEE*