IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:                                    )
                                          )        Case No. 18-20838-7 RDB
SAMANTHA MARIE RUIZ                       )
                        Debtor.           )

MOTION FOR APPROVAL OF RESIDENTIAL REAL ESTATE SALE CONTRACT FOR THE SALE OF REAL PROPERTY KNOWN AS 4905 DOUGLAS AVENUE, KANSAS CITY, WYANDOTTE COUNTY, KANSAS (ASSET #1) (TRUSTEE'S SALE #1), PURSUANT TO 11 U.S.C. § 363, FREE AND CLEAR OF ALL CLAIMS, LIENS, JUDGMENTS, INTERESTS AND ENCUMBRANCES, IF ANY; APPROVAL AND AUTHORIZATION FOR THE TRUSTEE'S SALE OF THE SUBJECT PROPERTY AS SET FORTH HEREIN, INCLUDING PAYMENT OF EXPENSES AND COSTS ASSOCIATED WITH SAID SALE; AND GRANTING THE TRUSTEE AUTHORITY TO EXECUTE ALL DOCUMENTS NEEDED TO FINALIZE SAID SALE

Christopher J. Redmond, Chapter 7 Trustee of the bankruptcy estate of Samantha Marie Ruiz, by and through counsel herein, and moves this Court for an Order approving the Residential Real Estate Sale Contract by and between the Chapter 7 Trustee herein and Elvi Guerra and Wagner Maricio Guerra-Arana for the sale of certain real property known as 4905 Douglas Avenue, Kansas City, Wyandotte County, Kansas, for the sale price of ONE HUNDRED-TWENTY THOUSAND AND NO/100 DOLLARS $120,000.00.  In support hereof, the Trustee states as follows:

1. Samantha Marie Ruiz (the "Debtor") filed for relief on April 24, 2018, under Chapter 7 of the United States Bankruptcy Code and Christopher J. Redmond is the duly qualified and acting Chapter 7 Trustee of the bankruptcy estate of Samantha Marie Ruiz.

2. The Debtor scheduled an ownership interest in real property, legally described as follows:

>            Lot 2, Douglas Woods, a Subdivision in
>            Wyandotte County, Kansas (commonly
>            referred to as 4905 Douglas Avenue, Kansas
>            City, Wyandotte County, Kansas),

   hereinafter referred to as the "Real Property".

3. The Real Property was not the Debtor's homestead at the time of the filing of this bankruptcy proceeding, nor did the Debtor claim the Real Property as exempt.

4. The Debtor's former spouse, Vincent Ivy, also held an ownership interest in the subject Real Property, and on September 5, 2018, Vincent Ivy agreed to and executed a Quit Claim Deed to Christopher J. Redmond, Trustee of the Bankruptcy Estate of Samantha Marie Ruiz, which was filed in the records of the Office of the Register of Deeds of Wyandotte County, Kansas on September 14, 2018, at 12:20:17 p.m., 2018R-13081. The bankruptcy estate now holds the entire undivided interest in and to the subject Real Property.

5. The Debtor listed the Real Property within her schedules as having a value of $80,000.00.

6. The Real Property is subject to the following mortgage(s) or lien(s):

   a. First Mortgage Holder: Nationstar Mortgage d/b/a Mr. Cooper in an amount exceeding $111,004.00;

   b. Second Mortgage Holder: Specialized Loan Servicing (SLS) in an amount exceeding $22,269.27;

   c. Lien(s): None

7. Based upon the market value of the Real Property provided by the Debtor and the information regarding the mortgages on this Real Property, the first mortgage debt is in excess of the market value of the Real Property.

8. The Trustee filed an Application to retain BK Global Real Estate Services in this matter on September 26, 2018 (Doc# 20) and after notice upon all parties of interest in this matter, an Order was entered authorizing the employment of BK Global Real Estate Services on November 2, 2018 (Doc# 25).

9. BK Global Real Estate Services ("BK Global") provides services to trustees as BK Global has expertise and experience in assisting the trustee in negotiating with secured creditors.

10. The Trustee also filed an Application to employ Trice Massey, a member of Greater Kansas City Realty and to approve a listing agreement by and between Greater Kansas City Realty and the Trustee on September 26, 2018 (Doc# 22) and after notice upon all parties of interest in this matter, an Order was entered authorizing the employment of Trice Massy of Greater Kansas City Realty and approving the listing agreement on November 2, 2018 (Doc# 26).

11. The Handbook for Chapter 7 Trustees published by the Executive Office of the United States Trustee, states on pages 4 – 14 under Section 9 "Sales of Assets" (a) General Standards "A trustee may sell assets only if the sale will result in a meaningful distribution to creditors. The Section further states "the trustee may seek a "carve-out" from a secured creditor and sell the property at issue if the "carve-out" will result in a meaningful distribution to creditors. Further, the Section states "The trustee must also consider whether the cost of administration or tax consequences of any sale would significantly erode or exhaust the estate's equity interest in the asset."

3 | P a g e

Case 18-20838    Doc# 29    Filed 03/21/19    Page 3 of 8

12. BK Global has negotiated with the first mortgage creditor and a proposed carve out to this bankruptcy estate from the sale proceeds in the sum of $5,700.00 has been proposed.

13. The Trustee has entered into a Residential Real Estate Sale Contract with the Buyers, Elvi Guerra and Wagner Maricio Guerra-Arana, for the sale of the Real Property (Asset #1) (Trustee's Sale #1) a copy of which is attached hereto as Exhibit "A" and incorporated herein by this reference.

14. The Trustee respectfully requests that the Court approve the Residential Real Estate Sale Contract for the sale of the Real Property identified hereinabove within paragraph #2, to the Buyers for the purchase price of ONE HUNDRED-TWENTY THOUSAND AND NO/100 DOLLARS ($120,000.00).

15. The Trustee believes that this is a reasonable price for the Real Property and requests that the Court approve the sale to the Buyer for the purchase price identified herein.

16. Section 363(f) of the Bankruptcy Code permits the Trustee, with Court approval, to liquidate bankruptcy estate property free and clear of all liens, encumbrances and interests.

17. The Trustee, in his business judgment, believes that this sale is for reasonable value and the sale should proceed to closing at this time.

18. A summary of the terms and conditions of the proposed sale are as follows:

    a. The sale price is $120,000.00;

    b. The sale is "as is" and "where is" without any representations or warranties, either express or implied, free and clear of all liens, claims, interests and encumbrances, if any, and, any and all easements and restrictions of record;

    c. Possession of the Real Property will be given upon closing.

19. The Trustee acknowledges the valid first mortgage held as to the Real Property to Nationstar Mortgage d/b/a Mr. Cooper in an amount exceeding $111,004.00.

20. The following costs and expenses shall be paid at the closing from the proceeds of the sale of the Real Property:

    a. Any Real Property Taxes due and owing at closing;

    b. Closing costs to the Title Company;

    c. Payment to Christopher J. Redmond, Trustee of the bankruptcy estate of Samantha Marie Ruiz, of a carve out in the sum of $5,700.00, for the benefit of the creditors herein;

    d. A two percent (2%) real estate commission to BK Global and any associated real estate professional;

    e. A two percent (2%) real estate commission to Trice Massey, a member of Greater Kansas City Realty;

    f. A two percent (2%) real estate commission to Keller Williams Realty Partners, Inc.; and

    g. The balance of the funds shall then be paid to first mortgage holder, Nationstar Mortgage, d/b/a Mr. Cooper.

21. The Trustee respectfully asserts that both the purchase price and the terms and conditions set forth above are the highest and best offer available for the purchase of the Real Property at this time.

22. The Trustee respectfully requests that the Court approve this sale and the purchase price, by and between the Chapter 7 Trustee herein, as Seller, and Elvi Guerra and Wagner Maricio Guerra-Arana, as Buyers, for the purchase price agreed to by the parties herein for the subject Real Property of ONE HUNDRED-TWENTY THOUSAND AND NO/100 DOLLARS ($120,000.00).

23. The Trustee requests that he be authorized to execute any documents necessary to close this sale with the buyer.

WHEREFORE, the Trustee respectfully moves that the Court enter an Order approving and authorizing the sale contemplated herein, approving the Residential Real Estate Sale Contract by and between the Chapter 7 Trustee as Seller and Elvi Guerra and Wagner Maricio Guerra-Arana, as Buyers, as to real property described as follows:

> Lot 2, Douglas Woods, a Subdivision in Wyandotte County, Kansas (commonly referred to as 4905 Douglas Avenue, Kansas City, Wyandotte County, Kansas),

together with any buildings and improvements located on the Real Property described above, all furnishings and fixtures related to the improvements, if any and all other rights, privileges and appurtenances pertaining to the Real Property, "as is". "where is" an without any representations or warranties, express or implied, free and clear of al liens, claims, judgments, interests and encumbrances, if any, pursuant to Section 363(f), Title 11, U.S.C., Trustee's Sale #1 of Assets #1, the Real Property, to the Buyers, Elvi Guerra and Wagner Maricio Guerra-Arana, for the sum of ONE HUNDRED-TWENTY THOUSAND AND NO/100 DOLLARS ($120,000.00); for approval and authority to pay the expenses of the sale as set forth hereinabove; for approval and authority to execute any documents required to finalize and complete this sale; and for such other and further relief as the Court deems just and proper.

DATED: March 21, 2019

Respectfully Submitted,

*s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND, KS BAR #07307
REDMOND LAW FIRM, LLC
6731 W. 121st Street, Suite 226
Overland Park, KS  66209
Telephone:  913-312-5675
Fax:  913-312-5841
christopher.redmond@christopherredmondlawfirm.com

*ATTORNEY FOR THE CHAPTER 7 TRUSTEE*

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that on March 21, 2019, the above and foregoing Motion was filed electronically using CM/ECF and a true and correct copy of this Motion was served as follows:

__X__ upon filing, the CM/ECF system sent notification to:

U.S. Trustee
ustpregion20.wi.ecf@usdoj.gov

Michael J McVay on behalf of Debtor Samantha Marie Ruiz
mcvaylawoffice@sbcglobal.net

Pamela R Putnam on behalf of Creditor CitiGroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2, U.S. Bank National Association, as Trustee
prp@martinleigh.com, bankruptcy@mllfpc.com

and, any and all other parties receiving CM/ECF notification in this matter as shown within the receipt generated at the time of the filing of this Motion; and

__X__ via United States Mail, postage prepaid, first class, to all parties of interest as shown within the matrix attached to this Motion and on file with the Clerk.

*s/ Cynthia Houser*